UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
     v.                     )    Cr. No. 15-10338-FDS
                            )
OSCAR NOE RECINOS-GARCIA,   )
     a/k/a "Psycho," et al.,)
     Defendants             )

RESPONSE TO COURT ORDER CONCERNING TRIAL GROUPINGS

On August 30, 2016, a fourth superseding indictment was

returned in this case, charging sixty-one leaders, members, and

associates of MS-13 with racketeering conspiracy (including

murder, attempted murder, and drug trafficking), as well as

firearm possession, document fraud, and other offenses. To date,

ten defendants have pleaded guilty or have scheduled Rule 11

hearings.[1] Nine defendants are fugitives.[2] By next week, there

---

[1]    Defendants who have pleaded or are scheduled to plead
guilty include (8) Jose Hernandez-Miguel, a/k/a "Muerto," (42)
Manuel Martinez, a/k/a "Gordo," (41) Ramiro Guerra, a/k/a
"Camello," (44) Manuel Flores-Valle, (45) Heiner Yovanni Gomez,
a/k/a "Fiero," (46) Geiber Acevedo Galvis, a/k/a "the
Columbian," (47) Carlos Lovato, (50) Jose Nelsin Reyes-
Velasquez, a/k/a "Diablito," (54) Oscar Ramirez-Cornejo, a/k/a
"Vago," and (55) Mauricio Sanchez, a/k/a "Tigre."

[2]    Fugitive defendants include two MS-13 members who were
previously deported to El Salvador, (16) Jose Miguel-Hernandez,
a/k/a "Smiley," a/k/a "Danger," and (61) Manuel Diaz-Granados,
a/k/a "Perverso"; three defendants whose true names have not
been ascertained, namely (30) FNU LNU, a/k/a "Violento," (48)
FNU LNU, a/k/a "Migue," and (49) Luis LNU; and four defendants
charged with document fraud or illegal re-entry, specifically
(51) Oscar Rivera, a/k/a "Jose," (52) Roberto A. Lopez, (53)
Franklin Rodriguez, a/k/a "Hollywood," and (57) Elenilson
Gustavo Gonzalez-Gonzalez, a/k/a "Siniestro."

will be one defendant remaining in the case who is not alleged to be a member of MS-13 (Alexander Alvaranga).

On November 2, 2016, the Court ordered the government to submit, by today's date, a first-draft proposal for how the remaining defendants could be grouped if it became necessary, given the number of remaining defendants, to split them up for manageable trials (Docket No. 774). Given the anticipated changing landscape of remaining defendants, the government's proposal is necessarily premature and will undoubtedly be subject to change or revision as additional defendants plead guilty. In theory, all of the remaining defendants could be tried together, as they are related to one another by their membership in, and allegiance to, MS-13. Moreover, the government is in active, ongoing plea discussions with several defendants. By the time of the next status conference (let alone the time of trial), it is likely that some of the groups proposed below could merge or change based on guilty pleas or new information developed in this ongoing investigation.

In this spirit, the government provides the Court with the proposed groupings set out below. These groupings are generally comprised of defendants who have been identified as members of the same MS-13 clique or cliques, and/or who jointly participated in murders, conspiracy to commit murder, attempted murders, and/or drug trafficking.

| Group One: | Multiple MS-13 Cliques Involved in the Murders of Wilson Martinez and Christofer Perez De La Cruz, Attempted Murders, and Cocaine and Heroin Trafficking |
|---|---|

5.  Santos Portillo-Andrade, a/k/a "Flaco"
10. Christian Alvarado, a/k/a "Catracho"
11. Edgar Pleitez, a/k/a "Cadejo"
17. Carlos Melara, a/k/a "Chuchito"
26. Jose Vasquez, a/k/a "Little Crazy"
31. Oscar Duran, a/k/a "Demente"
32. Edwin Gonzalez, a/k/a "Sangriento"
33. Henry Josue Parada Martinez, a/k/a "Street Danger"
38. Edwin Diaz, a/k/a "Demente"
40. Jairo Perez, a/k/a "Seco"
56. Jose Adan Martinez Castro, a/k/a "Chucky"
58. Rigoberto Mejia, a/k/a "Ninja"
59. Modesto Ramirez, a/k/a "Snoopy"

| Group Two: | The Everett Loco Salvatrucha (ELS) Clique: the Murders of Javier Ortiz and Jose Aguilar Villanueva, a/k/a "Fantasma," Attempted Murders, and Marijuana Trafficking |
|---|---|

1.  Oscar Noe Recinos-Garcia, a/k/a "Psycho"
2.  Julio Esau Avalos-Alvarado, a/k/a "Violento"
3.  German Hernandez-Escobar, a/k/a "Terible"
4.  Noe Salvador Perez-Vasquez, a/k/a "Crazy"
15. Luis Solis-Vasquez, a/k/a "Brujo"
19. Jose Rene Andrade, a/k/a "Inocente"
20. Hector Enamorado, a/k/a "Vida Loca"
37. Rutilio Portillo, a/k/a "Pantera"
60. Josue Alexis De Paz, a/k/a "Gato"

| Group Three: | The Eastside Loco Salvatrucha (ESLS) Clique: the Murder of Irvin de Paz, Attempted Murders, and Cocaine Trafficking |
|---|---|

6.  Herzzon Sandoval, a/k/a "Casper"
7.  Edwin Guzman, a/k/a "Playa"
11. Cesar Martinez, a/k/a "Cheche"
13. Efrain Vasquez-Yanez, a/k/a "Caballo"
14. Erick Argueta Larios, a/k/a "Lobo"
18. Joel Martinez, a/k/a "Animal"
43. Alexander Alvarenga

Group Four:    The Enfermos Clique: the Murder of Katerin Gomez,
               Conspiracy to Commit Murder, Attempted Murders,
               and Robberies

21. Henry Santos-Gomez, a/k/a "Renegado"
22. Rafael Leoner-Aguirre, a/k/a "Tremendo"
23. Hector Ramirez, a/k/a "Cuervo"
24. Daniel Menjivar, a/k/a "Roca," a/k/a "Sitiko"
25. Angel Pineda, a/k/a "Bravo," a/k/a "Jose Lopez"
27. David Lopez, a/k/a "Cilindro," a/k/a "Villano"
28. Bryan Galicia-Barillas, a/k/a "Chucky"
29. Domingo Tizol, a/k/a "Chapin"
34. Josue Morales, a/k/a "Blancito"
35. Kevin Ayala, a/k/a "Gallito"


                          Respectfully submitted,

                          CARMEN M. ORTIZ
                          United States Attorney

                   By:    /s/ Christopher Pohl
                          Christopher Pohl
                          Peter K. Levitt
                          Glenn A. MacKinlay
                          Assistant U.S. Attorneys

                 CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that this document filed
through the ECF system will be sent electronically to the
registered participants as identified on the Notice of
Electronic Filing (NEF) on December 1, 2016.

                          /s/ Christopher Pohl
                          Christopher Pohl
                          Assistant U.S. Attorney