UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-10338-FDS |
| | ) | |
| 4. NOE SALVADOR PEREZ VASQUEZ a/k/a "CRAZY," | ) | |
| 15. LUIS SOLIS VASQUEZ a/k/a "BRUJO," and | ) | |
| 20. HECTOR ENAMORADO a/k/a "VIDA LOCA," | ) | |
| Defendants. | ) | |

## STIPULATION

The United States, through undersigned counsel, and the defendants Noe Salvador Perez Vasquez, Luis Solis Vazquez, and Hector Enamorado, through counsel, hereby stipulate and agree that the followings facts are true:

The body of the individual that was examined by the Office of the Chief Medical Examiner, in OCME case # 2014-16068, is identified as Javier Enrique Ortiz, as detailed in the Certificate of Death, R 505036, date of record, December 19, 2014.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: s/ Glenn A. MacKinlay
GLENN MACKINLAY
KELLY BEGG LAWRENCE
CHRISTOPHER POHL