UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )     Cr. No. 15-10338-FDS<br>)<br>3.   NOE SALVADOR PEREZ VASQUEZ,  )<br>     a/k/a "Crazy"                             )<br>     Defendant                               ) | |

## STIPULATION

The United States, through undersigned counsel, and defendant Noe Salvador Perez Vasquez, also known as "Crazy," through undersigned counsel, hereby stipulate and agree that the followings facts are true:

1. On or about December 8, 2014, agents from the Federal Bureau of Investigation signed out evidence seized in an unrelated drug investigation. Thereafter, agents provided that evidence to undercover police officers for use in an undercover operation known as a "protection detail."

2. The evidence signed out of FBI custody was five kilograms of cocaine, a Schedule II controlled substance.

Respectfully submitted,

ANDREW E. LELLING                                         NOE SALVADOR PEREZ VASQUEZ,
United States Attorney

By: /s/ Christopher Pohl                                  By: /s/ Raymond A. O'Hara
Christopher Pohl                                          Raymond A. O'Hara, Esq.
Glenn A. MacKinlay                                        Counsel for Noe Salvador Perez Vasquez
Kelly Begg Lawrence
Assistant U.S. Attorneys

Dated: April 11, 2018